**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **BOBBIE WARREN, INDIVIDUALLY AND AS ADMINISTRATOR FOR THE ESTATE OF PATRICK WARREN, SR.,** *Plaintiff,* | § § § § § § § § § § § | **NO. 6:22-CV-1296-ADA-DNM** |
| *v.* | | |
| **REYNALDO CONTRERAS,** *Defendants.* | | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore regarding Defendant Contreras's Motion for Summary Judgment (Dkt. No. 18). Dkt. No. 39. The report recommends that Defendant's Motion (Dkt. No. 18) be **GRANTED.** The Report and Recommendation was filed March 11, 2026. This Court hereby adopts Judge MacLemore's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 24, 2026. Dkt. No. 40. Defendant filed a Response to Plaintiff's objections. Dkt. No. 41. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, the

Response, and the applicable laws. After that thorough review, the Court is persuaded that the

Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States

Magistrate Judge Dan N. MacLemore, Dkt. No. 39, is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant's Motion for Summary Judgment (Dkt. No. 18)

is **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED** on March 31, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE